AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**EASTERN DIVISION**

| | |
|---|---|
| FARMVILLE DISCOUNT DRUG, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EAST CAROLINA PHARMACY CARE, INC., )<br>COLUMBIA PHARMACY, INC., TODD'S )<br>PHARMACY OF GATES COUNTY, INC., )<br>KATHLEEN SEBELIUS, UNITED STATES )<br>DEPARTMENT OF HEALTH AND HUMAN )<br>SERVICES, MARILYN TAVENNER, and )<br>CENTERS FOR MEDICARE AND MEDICAID )<br>SERVICES, )<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:12-CV-109-D** |

**Decision by the Court:**

      IT IS ORDERED AND ADJUDGED that the Court GRANTS Defendants' Motion to Dismiss [D.E. 18] and DISMISSES the case for lack of subject-matter jurisdiction.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, **MARCH 27, 2013** WITH A COPY TO:

E. Hardy Lewis (via CM/ECF Notice of Electronic Filing)
Caroline L. Wolverton (via CM/ECF Notice of Electronic Filing)


March 27, 2013                                    JULIE A. RICHARDS, Clerk
Date                                                     Eastern District of North Carolina

                                                                       /s/ Debby Sawyer
                                                                       (By) Deputy Clerk

Raleigh, North Carolina